FILED ——— ENTERED
LOGGED ——— RECEIVED

JAN 11 2022

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX     DEPUTY

Iris McClain
209 Herrington Drive
Upper Marlboro, MD 20774
January 11, 2022

United States District Court District of Maryland
6500 Cherrywood Lane, #200
Greenbelt, Maryland 20770

## RE: JUDGE CHUANG'S DISQUALIFICATION DISCLOSURE

Dear Your Honors:

I just received a copy of the Defendants', Wells Fargo, et al, response to my letter dated December 27, 2021 responding to JChuang's disclosure. It appears this matter has been assigned to Judge Hazel. I would like to express the following concerns:'

1. The letters were addressed to the "Parties", Plaintiffs and Defendants, providing that each had until December 27, 2021 to respond. That being the case, and to be sure that these cases are handled fairly, I ask that Defendants' filings, docs 15, 100, 37 dated January 10, 2022, be considered untimely filed and Stricken from the record.
2. In lieu of that, I am asking for an opportunity to clarify certain statements made that are not a true depiction of my December 27th letter or the facts of the case.

As stated, the December 27, 2021 letter should not be construed as anything or a Rule 60 motion, if it deprives me of my legal, constitutional and due process rights. It was not a motion, it was a letter, telling the Court what I feel should happen, based primarily on putting trust in what appears to be a corrupt system. I stand by the December 27, 2021 letter in that JChuang's orders are tainted and void, whether or not Greenbelt, Federal Court, is the right jurisdiction, he compromised the validity of his Orders, not me. I was given about 17 days around a holiday to try to understand what the implications were and deal with the shock of it all, hardly enough time or the right time to seek legal advice, as to what my options were.

I am not going to take it upon myself to now inform the court of the inconsistencies or problems with defendants' Motions, other than they appear to be untimely, but ask for permission to address those concerns.

Sincerely,

*Iris McClain*

CC: Virginia Barnhart for Defendants

1